## File Hashes for IP Address 108.51.51.125

**ISP:** Verizon Online, LLC
**Physical Location:** Gainesville, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/19/2015 06:30:58 | 4CBE8879EDEEC66D681CC570CD3434B1CE7788AA | X-art Unauthorized Pack #89 |
| 08/03/2015 05:41:12 | 6BA41674F1B56A18DC4AEDBFFCF949F2EC06CE52 | Double Oh Heaven |

**Total Statutory Claims Against Defendant: 128**

EXHIBIT A

EVA294